UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Richard McGinnis
                      Plaintiff,

v.                                          Case No.: 1:17–cv–08054
                                                        Honorable Edmond E. Chang

United States Cold Storage, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2017:

       MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Defendant confirmed that the anticipated dismissal motion will be filed on 01/08/2018, and will be premised on Article III standing. Plaintiff's response to the motion to dismiss due 01/29/2018. Defendant's reply due 02/12/2018. The Court suspends the filing of the Mandatory Initial Discovery Pilot disclosures, because the dismissal motion will be based on subject matter jurisdiction. The parties may discuss a litigation hold if necessary, taking into account the potential needs of the case and the requirements of BIPA. Status hearing set for 03/14/2018 at 9:30 a.m. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.